In the Matter of the Adoption of MICHAEL B. WILLING, an Infant. HENRY E. HIRSCH, Appellant; LEWIS M. WILLING, Respondent.

Argued June 7, 1948; decided July 16, 1948.

*Doris Byrne* and *Isidor G. Popik* for appellant.
*Edward B. Willing* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.